# UNITED STATES DISTRICT COURT
## District of Minnesota

Lucio Fabian Navos Nieto

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00421-MJD-SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for writ of habeas corpus **[Doc. 1]** is **GRANTED in part as follows**:

   a. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a)(1);

   b. Respondents must provide Petitioner with a bond hearing **in Minnesota** under 8 U.S.C. § 1226(a) within seven days of the date of this Order;

   c. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention;

d. Within ten days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release. Further, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation; and

2. Respondents are **ENJOINED** from transferring Petitioner out of the District of Minnesota pending the duration of this litigation, assuming, of course, that Respondents have not already done so.

3. If Respondents have transferred Petitioner out of the District of Minnesota, Respondents must return Petitioner to the District by January 23, 2026 and notify Petitioner's counsel and the Court of the transfer.

Date: 1/23/2026

KATE M. FOGARTY, CLERK