# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lucio N.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 26-421 (MJD/SGE)

Claire Glenn, Climate Defense Project, Counsel for Petitioner.

Ana H. Voss, Assistant United States Attorney, Counsel for Respondents.

On January 22, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus in part and ordered Respondents to hold a bond hearing in Minnesota under 8 U.S.C. § 1226(a) within seven days of the date of the Order. [Doc. 4.] On February 1, 2026, Petitioner informed the Court that although an immigration review hearing had occurred on January 28, 2026 and that Petitioner appeared at that hearing, neither he nor his counsel was provided notice of the hearing. The immigration judge found that Petitioner was a "flight risk" and set bond in the amount of $12,000. [Doc. 6 at 2.] Petitioner argued that the hearing failed to comply with the Court's order and with fundamental principals of due process and asked the Court for an order directing Respondents to show cause

why Petitioner should not be released from custody immediately for failure to timely provide Petitioner with a meaningful bond hearing that comported with § 1226 of the INA and due process. [Id. at 3.] In the meantime, his family tried to raise the money for his bond. [Id.]

On February 3, 2026, Petitioner filed a notice to withdraw his motion for an order to show cause. [Doc. 8.] Petitioner explained that although he still maintains that the process he was afforded related to his bond hearing was inadequate, a charitable bond fund had posted his bond and he had been released from custody. [Doc. 8 at 1-2.]

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner Oscar V.'s Motion for Order to Show Cause **[Doc. 6]** is **MOOT**; and

2. Petitioner Oscar V.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 4, 2026          s/Michael J. Davis
                                  Michael J. Davis
                                  United States District Court